FILED
2018 Jan-04 PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DAVID JIMENEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:17-cv-1502-KOB-TMP |
| ) | |
| U.S. ATTORNEY GENERAL, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM OPINION**

On November 27, 2017, the magistrate judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed as moot. (Doc. 15). No party has filed any objections.

Having now carefully reviewed and considered *de novo* all the materials in the court file, the ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Consequently, the court finds that the defendant's motion to dismiss (doc. 10) is due to be granted and the petition for writ of *habeas corpus* is due to be DISMISSED AS MOOT.

The court will enter a separate Final Order.

DONE and ORDERED this 4th day of January, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE